IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN REID-DOUGLAS, DANIELLE REID-DOUGLAS, Plaintiffs, | : : : : | 1:17-cv-1988 |
| v. | : : | Hon. John E. Jones III |
| WARDEN KEVIN DEPARLOS, *et al.*, Defendants. | : : : : : | |

## ORDER

**October 17, 2019**

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 85) for summary judgment, Plaintiffs' request to voluntarily dismiss claims against Defendant Ebner, and Plaintiffs' motion (Doc. 99) for a protective order, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 85) for summary judgment on the First Amendment right to intimate association claim (Doc. 39, pp. 3-7, "Count I Violation of First Amendment Right to Intimate Association") is GRANTED on the grounds of qualified immunity. The Clerk of Court is directed to ENTER JUDGMENT in favor of Defendants and against Plaintiffs.

2. Defendants' motion for summary judgment on the First Amendment retaliation claim (Doc. 39, pp. 7-10, "Count II Retaliation for Exercising First Amendment Right") is GRANTED. The Clerk of Court is directed to ENTER JUDGMENT in favor Defendants and against Plaintiffs.

3. Plaintiffs' complaint against Defendant Ebner is VOLUNTARILY DISMISSED in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

4. Plaintiffs' motion (Doc. 99) for a protective order is DENIED as moot.

5. The Clerk of Court is directed to CLOSE this case.

6. Any appeal from this Order is DEEMED frivolous and not taken in good faith. 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge